IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD OBENAUF,

    Plaintiff,

v.                                      No. 13-CV-94 KBM-LFG

TATE & KIRLIN ASSOCIATES, INC.,

    Defendant.

## NOTICE OF DISMISSAL

Plaintiff Richard Obenauf has reached a settlement with Defendant Tate & Kirlin Associates, Inc. Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Richard Obenauf provides notice that his claims against Tate & Kirlin, and any claims that he could have brought in this lawsuit, are dismissed with prejudice, with each party to bear their own attorney fees and costs.

Respectfully submitted,

TREINEN LAW OFFICE PC

_/s/_

ROB TREINEN
500 Tijeras Ave NW
Albuquerque, New Mexico 87102
(505) 247-1980
(505) 843-7129 (fax)